UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERIC G. NEUFVILLE,<br>  Petitioner,<br><br>v.<br><br>A.T. WALL, Director of Rhode Island<br>Department of Corrections, and THE<br>ATTORNEY GENERAL OF THE<br>STATE OF RHODE ISLAND,<br>  Respondents. | C.A. No. 11-440-M |

## ORDER

This matter is before the Court on Respondents' "Motion to Dismiss Petition for Writ of Habeas Corpus" (Motion to Dismiss). (ECF No. 3.) The Motion to Dismiss was filed on October 28, 2011. *Id.* A response to the Motion to Dismiss was due by November 14, 2011. To date, Petitioner Mr. Neufville has not filed a response.

The Court has reviewed Mr. Neufville's 28 U.S.C. § 2254 Petition, the Motion to Dismiss, and its accompanying Memorandum of Law and Exhibits. A review of these papers shows that Mr. Neufville has not established that the Rhode Island Supreme Court's affirmance of the denial of his post-conviction ineffective assistance of counsel claims was unreasonable. *See* 28 U.S.C. § 2254(d).

Therefore, the Respondents' unopposed Motion to Dismiss is GRANTED and Mr. Neufville's § 2254 Petition for Writ of Habeas Corpus is DENIED.

SO ORDERED:

_____
John J. McConnell, Jr.
United States District Judge

November 28, 2011